**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**COVINGTON**

Eastern District of Kentucky
FILED
NOV 12 2026
AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**V.** **INDICTMENT NO.** 26-84-SCM-CJS
**18 U.S.C. § 922(g)(8)**

**RUSSELL GORDON CLOYD, II**

* * * * *

**THE GRAND JURY CHARGES:**

On or about October 26, 2026, in Boone County, in the Eastern District of Kentucky,

**RUSSELL GORDON CLOYD, II,**

knowing he was subject to a court order issued on March 16, 2026 in case number 11-D-00151-003, by the Boone County Family Court, that was issued after a hearing of which he received actual notice, and at which he had an opportunity to participate, restraining him from harassing, stalking, or threatening an intimate partner, that by its terms explicitly prohibited the use, attempted use or threatened use of physical force against such intimate partner that would reasonably be expected to cause bodily injury, did knowingly possess the following firearms: (1) Ruger, Model Mark II, .22 caliber LR pistol bearing serial number 210-93461; (2) Pietro Beretta, Model 84BB, 9mm short pistol bearing serial number Y14913Y; (3) Glock, Model 23, .40 caliber pistol bearing serial number MHX487; (4) Pietro Beretta, Model 85BB, 9mm short pistol bearing serial number Y02538Y; (5) Mossberg, Model 500A, 12-gauge shotgun bearing serial number T151720; (6) Savage

Arms, Model B, 20-gauge shotgun bearing serial number A105749; (7) Palmetto State Armory, Model PA-15, rifle bearing serial number SCD450733; (8) Ruger, Model Mini-14 Ranch, .223 caliber rifle bearing serial number 196-37477; and (9) Davis Industries, Model D-25, .22 caliber pistol bearing serial number 116916, and said firearms were in and affecting commerce, in violation of 18 U.S.C. § 922(g)(8).

**FORFEITURE ALLEGATION**
**18 U.S.C. § 924(d)**
**28 U.S.C. § 2461**

1. By virtue of the commission of the offense alleged in this Indictment, **RUSSELL GORDON CLOYD, II,** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violation of 18 U.S.C. § 922. Any and all interest that **RUSSELL GORDON CLOYD, II,** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

2. The property to be forfeited includes, but is not limited to, the following:

**FIREARMS AND AMMUNITION:**

a. Ruger, Model Mark II, .22 caliber LR pistol bearing serial number 210-93461;
b. Pietro Beretta, Model 84BB, 9mm short pistol bearing serial number Y14913Y;
c. Glock, Model 23, .40 caliber pistol bearing serial number MHX487;
d. Pietro Beretta, Model 85BB, 9mm short pistol bearing serial number Y02538Y;
e. Mossberg, Model 500A, 12-gauge shotgun bearing serial number T151720;
f. Savage Arms, Model B, 20-gauge shotgun bearing serial number A105749;
g. Palmetto State Armory, Model PA-15, rifle bearing serial number SCD450733;
h. Ruger, Model Mini-14 Ranch, .223 caliber rifle bearing serial number 196-37477;
i. Davis Industries, Model D-25, .22 caliber pistol bearing serial number 116916; and
j. All associated ammunition.

A TRUE BILL

[redacted]

FOREPERSON

JASON D. PARMAN
UNITED STATES ATTORNEY

JOEL KING
ASSISTANT UNITED STATES ATTORNEY

# PENALTIES

Not more than 15 years imprisonment, a $250,000 fine, and 3 years of supervised release.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Restitution, if applicable.

**PLUS:** Forfeiture of all listed property.